Jack Praetzellis (SBN 267765)
jpraetzellis@FoxRothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:     415.364.5540
Facsimile:     415.391.4436

Attorneys for Plaintiff,
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 21-50901 |
| PRINCESCA N. ENE, | Chapter 7 |
| Debtor. | Honorable M. Elaine Hammond |
| WELLS FARGO BANK, N.A., | Adversary Proceeding No.: 22-5004 |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT FOR INTERPLEADER** |
| v. | |
| CARDINAL CORDIS HEALTH, a Wyoming corporation; PRINCESCA N. ENE, an individual; and PATRICE DARISME, an individual, | |
| Defendants. | |

Wells Fargo Bank, N.A. ("**Wells Fargo**"), Gina Klump, chapter 7 trustee ("**Trustee**") of the above-captioned bankruptcy estate (as substantively consolidated), and Patrice Darisme ("**Darisme**"), individually or through their undersigned counsel of record hereby stipulate as follows:

A.     WHEREAS, on May 3, 2021, in the matter *In re Marriage of: Darisme and Ene*, pending in the Superior Court State of California, County of Santa Clara as Case No. 2015-6-

142480114.2

FL014081, the court entered a Modified Preliminary Injunction restraining (subject to certain conditions) the transfer of the Interpleader Funds (defined in the Complaint for Interpleader) (the "**Preliminary Injunction**");

B. WHEREAS, on July 2, 2021, Ene filed a Chapter 11 Petition [N. D. Cal. Bankr. Case No. 21-50901 (the "**Ene Bankruptcy Case**") at Doc 1];

C. WHEREAS, on January 19, 2022, Wells Fargo filed a Complaint for Interpleader ("**Complaint**") (Doc 77), seeking, among other things, to deposit into the Registry of this Court the Interpleader Funds held in that certain Wells Fargo Business Platinum Savings account ending in 5100 (the "**Account**"), which at the time were $3,101,517.76 (which may have increased and may continue to increase due to interest);

D. WHEREAS, the Complaint also sought that:

1. Wells Fargo be discharged from all liability to any of the parties to this action in connection with the Interpleader Funds and any and all transactions related to the Account;

2. The above-captioned defendants ("**Defendants**") be enjoined and prohibited from instituting any actions against Wells Fargo and/or its agents, affiliates, employees, and servants in connection with the Interpleader Funds and any and all transactions related to the Account;

3. Wells Fargo be awarded its costs and reasonable attorneys' fees, to be paid from the Interpleader Funds, for bringing this action; and

4. Wells Fargo be dismissed as a party to this action;

E. WHEREAS, the Court entered numerous orders extending the Defendants' time to respond to the Complaint, continuing the status conference, and extending all deadlines under Federal Rule of Civil Procedure 26;

F. WHEREAS, on March 28, 2022, the Bankruptcy Court ordered the Ene Bankruptcy Case converted from Chapter 11 to Chapter 7 [N. D. Cal. Bankr. Case No. 21-50901 at Doc 102];

G. WHEREAS, Gina Klump was appointed as the Chapter 7 Trustee for this case [N. D. Cal. Bankr. Case No. 21-50901 at Doc 104];

Case: 22-05004    Doc# 29    Filed: 02/14/23    Entered: 02/14/23 12:03:37    Page 2 of 4

142480114.2

H. WHEREAS, the Bankruptcy Court entered an order substantively consolidating Cardinal Cordis Health ("**CCH**") (owner of the Account) into the Ene Bankruptcy Case [N. D. Cal. Bankr. Case No. 21-50901 at Doc 178] (the "**Consolidation Order**");

I. WHEREAS, the Consolidation Order provides that in connection with the turnover to Trustee of funds held in accounts owned by CCH, Wells Fargo shall be entitled to retain its actual fees and costs incurred, up to $17,000.00;

J. WHEREAS, following entry of the Consolidation Order, the funds held in the Account are property of the estate pursuant to 11 U.S.C. § 541(a);

K. WHEREAS, following entry of the Consolidation Order, pursuant to 11 U.S.C. § 542, Trustee made a demand to Wells Fargo to turnover all funds held in the Account, less its actual fees and costs incurred up to $17,000.00 (pursuant to the Consolidation Order).

**IT IS HEREBY STIPULATED** that:

1. The effectiveness of this Stipulation is conditioned upon Bankruptcy Court's entry of an order approving this Stipulation ("**Order**");

2. Wells Fargo shall deduct its actually incurred fees and costs up to $17,000.00 from the Interpleader Funds as reimbursement for Wells Fargo's attorney's fees and costs expended with respect to this action as approved by the Bankruptcy Court in the Consolidation Order;

3. Wells Fargo shall turnover the remaining Interpleader Funds to Trustee, who will deposit them into the bankruptcy estate bank account for N. D. Cal. Bankruptcy Case No. 21-50901;

4. Effective upon entry of the Order and Trustee's receipt of the Interpleader Funds, Wells Fargo shall be discharged from all liability to any and all of the parties to this action and their affiliates, including Cardinal Cordis Health, in connection with the Interpleader Funds and any and all transactions in the Account;

5. Effective upon entry of the Order and Trustee's receipt of the Interpleader Funds, the Defendants shall be enjoined and prohibited from instituting any actions against Wells Fargo and/or its agents, affiliates, employees, and servants in connection with the Interpleader Funds and any and all transactions in the Account;

6. The above-captioned adversary proceeding shall be dismissed with prejudice;

3

Case: 22-05004    Doc# 29    Filed: 02/14/23    Entered: 02/14/23 12:03:37    Page 3 of 4

142480114.2

7. Defendants shall each bear their own attorneys' fees and costs.

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents, and have authorized the filing.

Dated: February __, 2023          FOX ROTHSCHILD LLP

By   s/Jack Praetzellis
        Jack Praetzellis
        Attorneys for Plaintiff,
        WELLS FARGO BANK, N.A.

LAW OFFICE OF RUTH AUERBACH

By   s/Ruth Elin Auerbach
        Ruth Elin Auerbach
        Attorney for Defendant Patrice Darisme

FENNEMORE WENDEL LLP

By   s/Lisa Lenherr
        Lisa Lenherr
        Attorneys for Gina R. Klump, Chapter 7 Trustee of
        the Bankruptcy Estate of Princesca N. Ene

4

Stipulation

142480114.2